**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
NOV 9, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Eleanor Burke,

        Plaintiff,

v.

HRB Tax Group, Inc., et al.,

        Defendants.

LA 17-cv-05035 VAP (RAOx)

**ORDER TO SHOW CAUSE RE: FAILURE TO SERVE**

On July 10, 2017, Plaintiff Eleanor Burke ("Plaintiff") filed a complaint against defendants HRB Tax Group, Inc. d/b/a H&R Block and ML Capital, LLC. (Doc. No. 1.)

On November 6, 2017, Plaintiff filed a notice of settlement as to defendant HRB Tax Group, Inc. (Doc. No. 17.) Plaintiff stated that "[t]he appropriate motions and/or stipulation of dismissal will be promptly filed upon execution of a final settlement agreement." (Doc. No. 17 at 2.)

To date, no Proof of Service has been filed indicating that Defendant ML Capital, LLC has been served. (See Doc. No. 16 (indicating that service was not completed.)) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve summons and complaint on all named defendants within 90 days of filing. Accordingly, the Court ORDERS Plaintiff to show cause, in writing, no later than **November 20, 2017**, why the Complaint should not be dismissed without prejudice for failure to prosecute as to Defendant ML Capital, LLC.

**IT IS SO ORDERED.**

Dated: 11/9/17

*/s/ Virginia A. Phillips*
Virginia A. Phillips
Chief United States District Judge

1